# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIM BROOKS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:05CV130 |
| | ) | |
| **RISK MANAGEMENT ALTERNATIVES** and **CREDIGY RECEIVABLES,** | ) ) | ORDER TO SHOW CAUSE |
| | ) | |
| Defendants. | ) | |
| | ) | |

The records of the court show that on June 24, 2005, a letter (filing # 16) was sent to Mary Patricia Cauley from the Office of the Clerk directing that s/he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of July 14, 2005, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before July 26, 2005, Attorney Mary Patricia Cauley is to register for the System or show cause by written affidavit why s/he cannot comply with the rules of the court.

**DATED July 14, 2005.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**