# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KIM BROOKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **8:05CV130** |
| ) | |
| **RISK MANAGEMENT ALTERNATIVES** ) | **ORDER** |
| and **CREDIGY RECEIVABLES,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

This matter is before the magistrate judge for full pretrial supervision. Defendant, Risk Management Alternatives, Inc., has filed a NOTICE OF PENDENCY OF BANKRUPTCY CASE AND AUTOMATIC STAY OF PROCEEDINGS (#23). Under NEGenR 1.5(a), "All cases under Title 11 of the United States Code, and all proceedings arising under such Title 11, or arising in or related to a case under Title 11, are referred to the bankruptcy court of this district pursuant to 28 U.S.C. § 157."

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a) this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska;

3. The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

**DATED July 14, 2004.**

                                             **BY THE COURT:**

                                             **s/ F.A. Gossett**
                                             **United States Magistrate Judge**