```
               IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:                   )
                                    )
RISK MANAGEMENT ALTERNATIVES,       )
INC.,                               )
                                    )   CASE NO. BK05-49363-KW (N.D. Ohio)
              Debtor(s).            )
KIM BROOKS,                         )            A05-8052
                                    )
              Plaintiff,            )            8:05CV130
                                    )
    vs.                             )            CH. 11
                                    )
RISK MANAGEMENT ALTERNATIVES, INC.,)
and CREDIGY RECEIVABLES, INC.,      )
                                    )
              Defendants.           )
```

                        REPORT & RECOMMENDATION

    This matter is before the court for consideration of the parties' status reports (Fil. #s 3, 4, and 6).

    Having reviewed the status reports submitted by the parties, I find that the action should be stayed as against the debtor, but it may proceed in the district court as against Credigy Receivables, Inc.

    I therefore respectfully recommend to the United States District Court for the District of Nebraska that it withdraw the reference of this adversary proceeding to proceed with the litigation against Credigy Receivables, Inc., while staying the litigation as to Risk Management Alternatives, Inc.

    The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

    DATED:    September 6, 2005

                                    RESPECTFULLY SUBMITTED:

                                    /s/ Timothy J. Mahoney
                                    Chief Judge

Notice given by the Court to:
    Pamela A. Car              Shawn Riley
    Walter Zink II             John A. Svoboda
    Mary Patricia Cauley       Michael Klutho
    Paul Linehan               Christopher Morris
    Matthew Salerno            U.S. Trustee