## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIM BROOKS,** | ) | **CASE NO. 8:05CV130** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER DISMISSING** |
| | ) | **CREDIGY RECEIVABLES, INC.** |
| **RISK MANAGEMENT ALTERNATIVES, INC., and CREDIGY RECEIVABLES,** | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Stipulation of Dismissal of Defendant Credigy With Prejudice (Filing No. 32). The Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1) The Stipulation to Dismiss Defendant Credigy With Prejudice (Filing No. 32) is approved, and the relief requested therein is granted;

2) All claims by Plaintiff Kim Brooks against Defendant Credigy Receivables, Inc., only, are dismissed with prejudice;

3) Until further order of the Court, this matter is stayed as to Defendant Risk Management Alternatives, Inc., pending the outcome of the bankruptcy proceedings; and

4) As between Plaintiff Kim Brooks and Defendant Credigy Receivables, Inc., the parties shall pay their own costs and attorney's fees unless otherwise agreed by and between them.

DATED this 24th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge