IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KIM BROOKS,                )             CASE NO. 8:05CV130

                   )

          Plaintiff,    )

                   )

        V.            )             ORDER FOR STATUS REPORT

                   )

RISK MANAGEMENT     )

ALTERNATIVES, Inc.,    )

                   )

        Defendant.   )

Because the last filing in this case was made nearly two years ago,

IT IS ORDERED:

On or before October 24, 2007, the parties are directed to file a status report, either jointly or separately, stating the current status of the Defendant's bankruptcy action, and addressing whether the Plaintiff, Kim Brooks, intends to proceed with this action against the remaining Defendant, Risk Management Alternatives, Inc., at the conclusion of the bankruptcy proceeding.

DATED this 18th day of October, 2007.


BY THE COURT:

s/Laurie Smith Camp
United States District Judge