IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIM BROOKS,** | ) | **CASE NO. 8:05CV130** |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| **RISK MANAGEMENT ALTERNATIVES, Inc.,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court in the interest of progression. In the Defendant Risk Management Alternative's ("RMA") most recent status report from October 2007, the Court was informed that the Liquidating Trustee appointed in RMA's bankruptcy proceeding was pursuing several avoidance actions, and anticipated making a final distribution to creditors, seeking a final decree, and closing the bankruptcy proceeding. (Filing No. 36). Plaintiff Kim Brooks reported that if Plaintiff's proof of claim was paid by the Liquidating Trustee, then she intended to dismiss this action. (Filing No. 35). Given that background,

IT IS ORDERED:

1. The parties are directed to file a status report, either jointly or separately, describing the status of the bankruptcy proceeding; whether the Plaintiff's proof of claim has been paid by the Liquidating Trustee or rejected; and the Plaintiff shall inform the Court whether she intends to dismiss this action, and if she does not intend to dismiss it, then Plaintiff shall provide her reasons for maintaining it.

2. The status reports shall be filed on or before Monday March 10, 2008, or the Plaintiff's Complaint may be subject to dismissal without prejudice.

DATED this 27th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge