## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIM BROOKS,** | ) | **CASE NO. 8:05CV130** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **RISK MANAGEMENT** | ) | |
| **ALTERNATIVES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice from the Plaintiff of her intention to dismiss this matter without prejudice (Filing No. 38),

IT IS ORDERED:

1. On or before April 7, 2008, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge